UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAUN BYERS,

Plaintiff,

v.

20/20 COMMUNICATIONS, INC.,
a Foreign Profit Corporation &
JORDAN ROBERT LANDSBERG,
Individually,

Defendants.
_____/

CAUSE NO. _____

8:09cv 1587-T 23 EAJ

## NOTICE OF REMOVAL

Defendant, 20/20 Communications, Inc., by and through its undersigned counsel, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1441.[1]

## I.
## STATEMENT OF THE CASE

On May 15, 2009, Plaintiff Shaun Byers filed a civil action against Defendants entitled *Shaun Byers v. 20/20 Communications, Inc., a Foreign Profit Corporation & Jordan Robert Landsberg*, Case No. 09-14620, Division "I," in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division (the "State Court Action"). Plaintiff filed his First Amended Complaint on July 7, 2009. Defendant was served the Amended Complaint on July 13, 2009. Defendant filed its Answer and Affirmative Defenses on August 3, 2009.

---

[1] Defendant Jordan Robert Landsberg was improperly served by Plaintiff (the summons for Landsberg was addressed and sent to 20/20's office in Fort Worth, Texas and it was not personally delivered). Without waiving any and all defenses, to the extent necessary, Landsberg consents to, and joins 20/20 in, this removal.

NOTICE OF REMOVAL – Page 1

## II.
## GROUNDS FOR REMOVAL

1. The removal of this action is based upon federal question jurisdiction. This Court has federal question jurisdiction of this action, pursuant to 28 U.S.C. § 1331, because Plaintiff seeks relief under Fair Labor Standards Act of 1938. *See generally* Pl.'s Am Cmplt.

## III.
## PROCEDURAL REQUIREMENTS ARE MET
## FOR REMOVAL TO FEDERAL COURT

2. In accordance with the provisions of 28 U.S.C. 1446(a) and Local Rule 4.02, certified copies of all process, pleadings, orders, and other papers in the State Court Action are attached as Appendix A.

3. This removal complies with 28 U.S.C. § 1446(b) because thirty (30) days has not elapsed since service of Plaintiff's Complaint.

4. In accordance with the provisions of 28 U.S.C. § 1446(d), Defendants are serving written notice upon Plaintiff and is filing this Notice of Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. A copy of that is attached as Appendix B.

5. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

6. In accordance with the local rules of the United States District Court for the Middle District of Florida, a completed civil cover sheet that accurately describes the case being removed and reflects the style of case as it was styled in the State Court Action is enclosed with this Notice of Removal and the list of Counsel are attached as Appendices C and D, respectively.

WHEREFORE, Defendants request that all proceedings in the State Court Action be discontinued and Case No. 09-14620, Division "I," be removed to the United States District

Court for the Middle District of Florida, Tampa Division, and that the Court assume full jurisdiction over such action as provided by law.

Respectfully Submitted,

*David Townsend*

David Townsend
Fla. Bar No.: 149560
TOWNSEND & BRANNON
608 West Horatio Street
Tampa, Florida 33606-4104
813-254-0088
813-254-0093 (Fax)
davidtownsend@tampabay.rr.com

-and-

Andrew M. Gould (PRO HAC VICE TO BE FILED)
Texas State Bar No. 00792541
WICK PHILLIPS, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
(214) 692-6200 (telephone)
(214) 692-6255 (facsimile)
andrew.gould@wickphillips.com

**ATTORNEYS FOR DEFENDANT
20/20 COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was served upon Plaintiff's counsel of record this 12th day of August, 2009, via facsimile transmission (813) 341-6898, and by U.S. Mail, as follows: Christopher K. Leifer, Esquire, FL Legal Group, 3502 Henderson Blvd., Suite 203, Tampa, FL 33609.

*/s/ David A. Townsend*
DAVID A. TOWNSEND, ESQUIRE