## INDEX TO NOTICE OF REMOVAL

| Appendix | Description |
|---|---|
| A. | Copies of all process, pleadings, orders, and other papers filed in the case styled *Shaun Byers v. 20/20 Communications, Inc., a Foreign Profit Corporation & Jordan Robert Landsberg*, Case No. 09-14620, Division "I," in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division as follows: <br><br>Verified Return of Service <br>Summons <br>Complaint and Demand for Jury Trial <br>Plaintiff's Amended Complaint and Demand for Jury Trial <br>Defendant 20/20 Communications, Inc.'s Original Answer and Affirmative Defenses |
| B. | Copy of Notice of Filing Notice of Removal |
| C. | Completed Civil Cover Sheet |
| D. | List of Counsel of Record |

**APPENDIX**