**APPENDIX A**

## V__IFIED RETURN OF SER__CE

CASE # 09 14620, DIV: I

7/14/2009

**PLAINTIFF**
**SHAUN BYERS**
VS
**DEFENDANT**
**20/20 COMMUNICATIONS, INC.**

ATTORNEY: CHRISTOPHER K. LEIFER, ESQ
FIRM: FL LEGAL GROUP

TO:   20/20 COMMUNICATIONS, INC.
      C/O: NRAI SERVICES INC.
      2731 EXECUTIVE PARK DR., STE # 4
      WESTON, FL 33331

We, received this: SUMMONS & ATTACHMENTS   On: 7/10/2009   At: 4:30P

This process was served to the above named Corporation/Sole Proprietorship or Individual named, by delivering a true copy of the: SUMMONS, FIRST AMENDED COMPLAINT

Type of service is:   CORPORATE

Accepted By: NRAI SERVICES INC.   Title: ANDREA DOYLE, CONTACT
On: 7/13/2009,   At: 11:40A.   WITNESS FEE:

Comments:

Affiant states upon information and belief that said person is not in the Military Service of the United States as the term defined in either the state or Federal Statues.

I certify that I am of legal age, I have no interest in the above action and I am authorized to serve this process. FS 92.525. Under penalities of perjury, I declare that I have read the forgoing (Document) and that the facts in it are true.

David T. Wendei
Special Process Server #419
Broward County, FL

PARALAW SERVICES
P.O. BOX 13434
TAMPA, FL  33681                         Our Control # 09420

IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

SHAUN BYERS,

    Plaintiff,

v.

20/20 COMMUNICATIONS, INC.
a Foreign Profit Corporation &
JORDAN ROBERT LANDSBERG,
Individually

    Defendant.

09 14620

CASE NO.:

DIVISION: I

SERVED _Andrew Doyle_
AS _Contact_
ON _7/13/09_ @ _11:40 AM_
CPS _DTW # 419_

## SUMMONS

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE

    YOU ARE COMMANDED to serve this summons and a copy of the Complaint, or petition in this action per F.S. 624.422 – 624.423

20/20 COMMUNICATIONS, INC.
c/o NRAI Services, Inc., Registered Agent
2731 Executive Park Drive, Suite 4
Weston, FL 33331

    Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose name and address is

Christopher K. Leifer, Esquire
FL Legal Group
3502 Henderson Blvd, Suite 203
Tampa, Florida 33609
(813) 221-9500

within 20 days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of the written defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition

DATED on MAY 19 2009, 20____

PAT FRANK, As Clerk of the Court

By _____ Deputy Clerk

## PERSONAL SERVICE ON AN INDIVIDUAL
## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning for the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del receibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes, interesadas en dicho caso. Si usted no contesta la demada a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatemente. Si no conococe a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quia telefonica. Si desea responder a la demanda por su cuenta, al miso tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la personal demoninada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a law plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous estes oblige de deposer votre resoibse ecrutem avec mention du numero de dossier ci-dessus et du nom des pasrties nommes ici, si vous souhaitez aue le Tribunal entende votre cause Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'sutres obligations juridioues et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez tlephoner a un service de reference d'avocats ou a un bureau d'assistance juridque (figurent a l'annuaire de telephones). Si vous choississez de deposer vos-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.