**APPENDIX B**

## IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

**SHAUN BYERS,**

**Plaintiff,**

v.

**20/20 COMMUNICATIONS, INC.,**
a Foreign Profit Corporation &
**JORDAN ROBERT LANDSBERG,**
Individually,

**Defendants.**
_____/

CASE NO.: 09 14620

DIVISION: I

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that a Notice of Removal was filed on August 12th, 2009 with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division. By the Notice of Removal, Case No. 09-14620 has been removed from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division to the United States District Court for the Middle District of Florida, Tampa Division. A copy of the Notice of Removal is attached as Exhibit A. Defendants further certify that counsel for Plaintiff has been notified of this removal and has been served with a copy of Exhibit A.

Respectfully Submitted,

*[signature]*

David Townsend
Fla. Bar No.: 149560
TOWNSEND & BRANNON
608 West Horatio Street
Tampa, Florida 33606-4104
813-254-0088
813-254-0093 (Fax)
davidtownsend@tampabay.rr.com

-and-

Andrew M. Gould (PRO HAC VICE TO BE FILED)
Texas State Bar No. 00792541
WICK PHILLIPS, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
(214) 692-6200 (telephone)
(214) 692-6255 (facsimile)
andrew.gould@wickphillips.com

**ATTORNEYS FOR DEFENDANT
20/20 COMMUNICATIONS, INC.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was served upon Plaintiff's counsel of record this 12th day of August, 2009, via facsimile transmission (813) 341-6898, and by U.S. Mail, as follows: Christopher K. Leifer, Esquire, FL Legal Group, 3502 Henderson Blvd., Suite 203, Tampa, FL 33609.

*[signature]*

DAVID A. TOWNSEND, ESQUIRE

2