**APPENDIX D**

## LIST OF COUNSEL OF RECORD

David Townsend
Fla. Bar No.: 149560
TOWNSEND & BRANNON
608 West Horatio Street
Tampa, Florida 33606-4104
(813) 254-0088
(813) 254-0093 (Fax)
davidtownsend@tampabay.rr.com

-and-

Andrew M. Gould (PRO HAC VICE TO BE FILED)
Texas State Bar No. 00792541
WICK PHILLIPS, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
(214) 692-6200 (telephone)
(214) 692-6255 (facsimile)
andrew.gould@wickphillips.com

**ATTORNEYS FOR DEFENDANT
20/20 COMMUNICATIONS, INC.**

Christopher K. Leifer, Esquire
FL LEGAL GROUP
3502 Henderson Blvd., Suite 203
Tampa, FL 33609
(813) 221-9500 (telephone)
(813) 341-6898 (facsimile)
ckl@FLLegalGroup.com

**ATTORNEY FOR PLAINTIFF
SHAUN BYERS**